# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2417
_____

DONNA WIEGAND,

    Appellant,

    v.

KENNETH HADLEY, individually,
and/or estate of Kenneth Hadley,
deceased, OLIVE HADLEY,
individually, and FLORIDA FARM
BUREAU GENERAL INSURANCE
COMPANY, a Florida
Corporation,

    Appellees.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

March 29, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher M. Costello of Brannon, Brown, Haley & Bullock, P.A., Lake City, for Appellant.

Bruce W. Robinson and Jennifer C. Biewend of Robinson, Kennon & Kendron, P.A., Lake City, for Appellee Olive Hadley.